COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Doreatha Walker v. Hartford Underwriters Insurance Co

Appellate case number:      01-16-00828-CV

Trial court case number:    2015-31910

Trial court:                127th District Court of Harris County

The record was due on November 14, 2016. On November 17, 2016, the trial court clerk advised that no financial arrangements had been made for the filing of the clerk's record. After sending notice to appellant advising of the possibility of dismissal for not making arrangements for the filing of the clerk's record, appellant filed a response in the form of a motion to appeal as indigent. In this motion, appellant claimed she had filed an affidavit of indigence in October 2016 that was not timely contested.

We issued an order for the trial court clerk to file a supplemental clerk's record containing all indigence filings and contests and orders. A supplemental clerk's record was filed and it contained an affidavit of indigence filed on October 15, 2016, the same date appellant filed her notice of appeal.

Fees charged for the appellate record are governed by Rule 145. *See* TEX. R. APP. P. 20.1(a) (amended; effective September 1, 2016). Rule 145 requires a declarant to use the form Statement of Inability to Afford Payment of Court Costs, which has been approved by the Supreme Court. *See* TEX. R. CIV. P. 145(a)–(b) (amended; effective September 1, 2016). The affidavit of indigence filed by appellant on October 15, 2016 does not comply with Rule 145(b).

Accordingly, if appellant wishes to proceed without payment of costs or for the fees for preparation of the appellate record, she must comply with Rule 145(b). *See* TEX. R. CIV. P. 145(b). The form Statement of Inability is attached to this order. If appellant files a Statement of Inability in compliance with Rule 145 in the trial court, she must request the preparation and filing of a supplemental clerk's record **within 14 days of the date of this order**, containing this Statement of Inability.

It is so ORDERED.


Judge's signature:   /s/ Michael Massengale
                     ☒ Acting individually    ☐ Acting for the Court


Date: March 21, 2017

Cause Number: _____
*(The Clerk's office will fill in the Cause Number when you file this form)*

Plaintiff: _____

*(Print first and last name of the person filing the lawsuit.)*

And

Defendant: _____

*(Print first and last name of the person being sued.)*

In the *(check one)*:

Court
Number

☐ District Court
☐ County Court / County Court at Law
☐ Justice Court

_____ Texas
*County*

# Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

## 1. Your Information

My full legal name is: _____   My date of birth is: ___ /___ /___
                 *First*       *Middle*     *Last*                          *Month/Day/Year*

My address is: *(Home)* _____

*(Mailing)* _____

My phone number: _____ My email: _____

About my **dependents:** "The people who depend on me financially are listed below.

| | Name | Age | Relationship to Me |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

## 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

**-or-**

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

**or-**

☐ I am not represented by legal aid. I did not apply for representation by legal aid.

## 3. Do you receive public benefits?

☐ I do not receive needs-based public benefits. **- or -**

☐ I receive these **public benefits/government entitlements** that are based on indigency:
   *(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)*

☐ Food stamps/SNAP    ☐ TANF  ☐ Medicaid  ☐ CHIP  ☐ SSI  ☐ WIC  ☐ AABD
☐ Public Housing or Section 8 Housing  ☐ Low-Income Energy Assistance  ☐ Emergency Assistance
☐ Telephone Lifeline    ☐ Community Care via DADS    ☐ LIS in Medicare ("Extra Help")
☐ Needs-based VA Pension  ☐ Child Care Assistance under Child Care and Development Block Grant
☐ County Assistance, County Health Care, or General Assistance (GA)
☐ Other: _____

**4. What is your monthly income and income sources?**

"I get this monthly income:

$_____ in monthly wages. I work as a _____ for _____.
*Your job title*                                   *Your employer*

$_____ in monthly unemployment.  I have been unemployed since *(date)* _____.

$_____ in public benefits per month.

$_____ from other people in my household each month: *(List only if other members contribute to your household income.)*

$_____ from ☐ Retirement/Pension  ☐ Tips, bonuses  ☐ Disability  ☐ Worker's Comp
☐ Social Security  ☐ Military Housing  ☐ Dividends, interest, royalties
☐ Child/spousal support
☐ My spouse's income or income from another member of my household *(If available)*

$_____ from other jobs/sources of income. *(Describe)* _____

$_____ is my *total* **monthly** income.

**5. What is the value of your property?**

"My **property** includes:                    **Value***

Cash                                                          $_____

Bank accounts, other financial assets

_____  $_____

_____  $_____

_____  $_____

Vehicles (cars, boats) *(make and year)*

_____  $_____

_____  $_____

_____  $_____

Other property (like jewelry, stocks, land, another house, etc.)

_____  $_____

_____  $_____

_____  $_____

*Total* value of property  → $_____

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

**6. What are your monthly expenses?**

"My **monthly expenses** are:                **Amount**

Rent/house payments/maintenance  $_____

Food and household supplies          $_____

Utilities and telephone                     $_____

Clothing and laundry                        $_____

Medical and dental expenses          $_____

Insurance (life, health, auto, etc.)    $_____

School and child care                       $_____

Transportation, auto repair, gas       $_____

Child / spousal support                     $_____

Wages withheld by court order          $_____

Debt payments paid to: *(List)*            $_____

_____  $_____

_____  $_____

*Total* Monthly Expenses  → **$_____**

**7. Are there debts or other facts explaining your financial situation?**

"My **debts** include: *(List debt and amount owed)* _____

_____ "

*(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts.")* **Check here if you attach another page.** ☐

**8. Declaration**

I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☐ I cannot afford to pay court costs.
☐ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is _____ . My date of birth is : ____ /___ /_____ .

My address is _____
*Street*                        *City*        *State*        *Zip Code*        *Country*

▶ _____ signed on ___ / ___ / ___ in _____ County, _____
*Signature*                        *Month/Day/Year*        *county name*                *State*